# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00824 |
| United Technologies Corp. and Raytheon Comany ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Raytheon Company.

Date: 03/26/2020

/s/ Benjamin Gris
*Attorney's signature*

Benjamin Gris (D.C. Bar #1644462)
*Printed name and bar number*

Shearman & Sterling LLP
401 9th Street, NW
Suite 800
Washington, DC 20004
*Address*

ben.gris@shearman.com
*E-mail address*

(202) 508-8011
*Telephone number*

(202) 661-7347
*FAX number*